IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Leslie Centell Hunt, Jr., | ) | C/A No. 2:13-2425-JFA-BHH |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| Bell Legal Group; South Carolina Department Dental Dentist; South Carolina Department of Mental; South Carolina Department of Corrections, | ) | |
| Defendants. | ) | |

The *pro se* plaintiff, Leslie Hunt, is an inmate at the Kershaw Correctional Institution. He brings this action under 42 U.S.C. § 1983 contending that the defendants violated his constitutional rights. He alleges that defendant Bell Legal Group lied to him by telling him in a letter that they could not help him with his claims concerning damaged dental veneers, teeth infections, denial of medical care, and shelter.

The Magistrate Judge assigned to this action[1] has prepared a Report and Recommendation and opines that this action should be summarily dismissed. The Report sets forth in detail the relevant facts and standards of law on this matter, and the court incorporates such without a recitation.

---

[1] The Magistrate Judge's review is made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02. The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a *de novo* determination of those portions of the Report and Recommendation to which specific objection is made, and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b)(1).

2

The plaintiff was advised of his right to file objections to the Report and Recommendation, and he has filed objections thereto.  The court has conducted a *de novo* review of the plaintiff's objections and finds them to be duplicative of the claims in his complaint.  Plaintiff also raises issues that are related to a now dismissed multi-plaintiff action before another District Judge in this court.  As such, the plaintiff's objections are overruled.

The Magistrate Judge first opines that plaintiff's complaint fails to state a claim against defendant Bell Legal Group because that defendant did not act under color of state law as is required under § 1983.   With regard to the remaining defendants from whom the plaintiff seeks damages, none of these state agencies are persons amenable to suit § 1983.  Moreover, these defendants have immunity under the Eleventh Amendment to the United States Constitution.

After carefully reviewing the applicable laws, the record in this case, the Report and Recommendation, and the plaintiff's objections thereto, this court finds that the Magistrate Judge's recommendation fairly and accurately summarizes the facts and applies the correct principles of law.  The Report is therefore adopted and incorporated herein by reference.

Accordingly, this action is dismissed without prejudice and without issuance and service of process.

IT IS SO ORDERED.

April 7, 2014                                       Joseph F. Anderson, Jr.
Columbia, South Carolina                            United States District Judge